UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **DONALD JOSEPH STELLY** | **CIVIL ACTION NO. 07-1598** |
| VS. | JUDGE MELANÇON |
| **CECIL BRENT COREIL, ET AL.** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Rec. Doc. 4], and after an independent review of the record including the objections filed by plaintiff [Rec. Doc. 5], and having determined that the findings and recommendation are correct under the applicable law, it is

**ORDERED** that plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** subject to reassertion if the requirements of *Heck v. Humphrey* are met.

**IT IS FURTHER ORDERED** that plaintiff's claims against Judges Aucoin, Peters, Doucet and Bertrand are **DISMISSED WITH PREJUDICE** pursuant to the provisions of 28 U.S.C. §§1915(e)(2)(B)(iii) and 1915A(b)(2) on grounds that these Judges enjoy judicial immunity from suit.

**IT IS FURTHER ORDERED** that plaintiff's claims against District Attorney Coreil and Assistant District Attorney Vidrine are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(iii) and 1915A(b)(2) on grounds that they enjoy prosecutorial immunity from suit.

**IT IS FURTHER ORDERED** that plaintiff's claims against criminal defense attorney Lopez are **DISMISSED WITH PREJUDICE** pursuant to    28 U.S.C.

§§1915(e)(2)(B)(ii) and 1915A(b)(1) because plaintiff has failed to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 7th day of December, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE